UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ADAM HALL,**<br><br>                    Plaintiff,<br><br>   -vs-<br><br>**LAW OFFICES OF HAROLD E. SCHERR, P.C.,**<br><br>                    Defendant. | *Civil Action No. 1:11-CV-00974* |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Adam Hall hereby voluntarily dismisses the present action against Defendant Law Offices of Harold E. Scherr, P.C., with prejudice, and each side to bear its own costs.

Date: February 1, 2012

/s/Frank J. Borgese
Frank J. Borgese, Esq.
Graham & Borgese, LLP
*Attorneys for the Plaintiff*
482 Delaware Ave.
Buffalo, New York 14202
frank@gbdebthelp.com
716.200.1520